RANDALL S. FARRIMOND (CSB No. 95281)
E-mail: rfarrimond@farrimondlaw.com
FARRIMOND LAW OFICES
a Professional Corporation
90 New Montgomery Street, Suite 1250
San Francisco, CA 94105
Telephone: (415) 362-4900
Facsimile: (415) 362-4901

DAVID C. DEAL (Virginia SB No. 86005)
Email: david@daviddeal.com
THE LAW OFFICE OF DAVID C. DEAL, P.L.C.
P.O. Box 625
Charlottesville, Virginia 22902
Telephone:  434-233-2727
Facsimile:  888-965-8083
*pro hac vice application forthcoming*

Attorneys for Plaintiff
CREATIVE PHOTOGRAPHERS, INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREATIVE PHOTOGRAPHERS, INC, <br><br> Plaintiff, <br><br> vs. <br><br> RAP-UP, LLC, <br><br> Defendant. | Case No.: <br><br> **DEMAND FOR JURY TRIAL** <br><br> **COMPLAINT FOR COPYRIGHT INFRINGEMENTAND JURY DEMAND (INJUNCTIVE RELIEF DEMANDED)** |

Plaintiff CREATIVE PHOTOGRAPHERS, INC. brings this Complaint in the

United States District Court for the Central District of California against Defendant

- 1 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND JURY DEMAND

RAP-UP, LLC for damages and injunctive relief, and in support thereof state as follows:

## SUMMARY OF THE ACTION

1. Plaintiff CREATIVE PHOTOGRAPHERS, INC. ("CPi" or "Plaintiff") bring this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Plaintiff's original copyrighted Works of authorship.

2. CPi is a New York Corporation with a business address of 135 East 57th Street, 14th Floor, New York, NY 10022.

3. CPi is a commercial photography agency specializing in representing an elite group of portrait, lifestyle, beauty, and fashion photographers for editorial and commercial licensing.

4. Defendant RAP-UP, LLC ("Rap-Up" or "Defendant") is a nationwide hip-hop and R&B magazine for Gen Y. Founded in 2001, with its registered place of business at 9014 Lloyd Place, West Hollywood, CA 90069, and can be served by serving its Registered Agent, Devin Lazerine, 9014 Lloyd Place, West Hollywood, CA 90069.

5. Defendant owns, operates, and is solely responsible for the content posted to the website, www.rap-up.com, and corresponding social media ("Website").

6. Plaintiff alleges Defendant copied Plaintiff's copyrighted Works from the internet to advertise, market, and promote its business activities and services, as well as to accompany Defendant's content displayed on Website.

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND JURY DEMAND

7.  Defendant received a direct financial benefit attributable to the copying of Plaintiff's copyrighted Works, which it has the right and ability to control.

### JURISDICTION AND VENUE

8.  This is an action arising under the Copyright Act, 17 U.S.C. § 501.

9.  This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

10. Defendants are subject to personal jurisdiction in the State of California.

11. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

### THE COPYRIGHTED WORKS AT ISSUE

Attached hereto as Exhibit 1 are copies of the original copyrighted works at issue in this case, including corresponding photographers' names, copyright titles, registration numbers, and registration issue dates for the copyrighted works infringed by Defendants, and which are referred to herein as "Works." Attached hereto as Exhibit 2 are copies of the Works infringed and infringing URLs.

12. Plaintiff's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

13. At all relevant times, Plaintiff was the owner of the copyrighted Works at issue in this case.

- 3 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND JURY DEMAND

## FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS

14. Among Plaintiff's many celebrated photographers are Ruven Afanador, Zoey Grossman,  and Terry Tsiolis.

15. Plaintiff is the exclusive licensee of the photographic images by Afanador, Grossman,  and Tsiolis, including the nine copyrighted Works at issue in this litigation.

16. The Works are original works of authorship.

17. On behalf of Afanador, Grossman,  and Tsiolis, Plaintiff obtained certificates of registration with the United States Copyright Office for the Works.

18. Defendant has never been licensed to use the Works at issue in this action for any purpose.

19. On a date after the Works at issue in this action were created, but prior to the filing of this action, Defendant copied the Works.

20. On or about December 1, 2018, Plaintiff discovered the unauthorized use by Defendant of some of Works on Website. Thereafter, additional unauthorized uses of the Works by Defendant were discovered.

21. Defendant copied Plaintiff's copyrighted Works without Plaintiff's permission.

22. Defendant copied and distributed Plaintiff's copyrighted Works in connection with its business for purposes of advertising and promoting Defendant's business and services, and in the course and scope of advertising and selling products and services.

- 4 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND JURY DEMAND

23. Plaintiff's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

24. Defendant committed copyright infringement of the Works as evidenced by the documents attached hereto as Exhibit 2.

25. CPi never gave Defendant permission or authority to copy, distribute or display the Works at issue in this case.

<u>COUNT I: INFRINGEMENT OF COPYRIGHT PURSUANT TO 17 U.S.C. §</u>
<u>101 ET SEQ.</u>

26. Plaintiff incorporate the allegations of paragraphs 1 through 25 of this Complaint as if fully set forth herein.

27. Plaintiff owns valid copyrights in the Works at issue in this case.

28. Plaintiff registered the Works at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

29. Defendant copied, displayed, and distributed the Works at issue in this case and made derivatives of the Works without Plaintiff's authorization in violation of 17 U.S.C. § 501.

30. Defendant performed the acts alleged in the course and scope of its business activities. Defendant acts were willful.

31. Plaintiff has been damaged.

32. The harm caused to Plaintiff has been irreparable.

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND JURY DEMAND

## PRAYER FOR RELIEF

WHEREFORE, CPi prays for judgment against Defendant that:

a.  Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b.     Defendant be required to pay Plaintiff its actual damages and Defendant's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

c.  Plaintiff be awarded their attorneys' fees and costs of suit under the applicable statutes sued upon;

d.  Plaintiff be awarded pre and post-judgment interest; and

e.  Plaintiff be awarded such other and further relief as the Court deems just and proper.


Dated: November 15, 2021                    FARRIMOND LAW OFFICES,
                                            a Professional Corporation


                                            /s/ Randall S. Farrimond
                                            RANDALL S. FARRIMOND
                                            Attorneys for Plaintiff
                                            CREATIVE PHOTOGRAPHERS,
                                            INC.

                                            -and-

- 6 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND JURY DEMAND

Dated: November 15, 2021

THE LAW OFFICE OF DAVID C. DEAL, P.L.C.

*/s/ David C. Deal*

DAVID C. DEAL
Attorneys for Plaintiff
CREATIVE PHOTOGRAPHERS, INC.
*pro hac vice application forthcoming*

## <u>DEMAND FOR JURY TRIAL</u>

Plaintiff hereby demands a trial by jury on all claims for which there is a right to jury trial.

Dated: November 15, 2021

FARRIMOND LAW OFFICES, a Professional Corporation

*/s/ Randall S. Farrimond*

RANDALL S. FARRIMOND
Attorneys for Plaintiff
CREATIVE PHOTOGRAPHERS, INC.

-and-

Dated: November 15, 2021

THE LAW OFFICE OF DAVID C. DEAL, P.L.C.

*/s/ David C. Deal*

DAVID C. DEAL
Attorneys for Plaintiff
CREATIVE PHOTOGRAPHERS, INC.
*pro hac vice application forthcoming*

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND JURY DEMAND

# EXHIBIT 1

Photographer: Ruven Afanador
Image Title: 20180529_ROLLING_STONE_CARDI_B_S02_588
Registration Number: VA 2-249-302
Registration Date: April 12, 2021



Photographer: Ruven Afanador
Image Title: 20180529_ROLLING_STONE_CARDI_B_S01_381
Registration Number: VA 2-249-302
Registration Date: April 12, 2021



Photographer: Ruven Afanador
Image Title: 20180529_ROLLING_STONE_CARDI_B_S03_161
Registration Number: VA 2-249-302
Registration Date: April 12, 2021



Photographer: Zoey Grossman
Image Title: ZGR15014_01_019
Registration Number: VA 2-241-975
Registration Date: February 19, 2021



Photographer: Zoey Grossman
Image Title: ZGR15014_01_018
Registration Number: VA 2-241-975
Registration Date: February 19, 2021



Photographer: Zoey Grossman
Image Title: ZGR15014_04_001
Registration Number: VA 2-241-975
Registration Date: February 19, 2021



Photographer: Zoey Grossman
Image Title: ZGR15014_04_005
Registration Number: VA 2-241-975
Registration Date: February 19, 2021



Photographer: Zoey Grossman
Image Title: ZGR15014_05_014
Registration Number: VA 2-241-975
Registration Date: February 19, 2021



Photographer: Terry Tsiolis
Image Title: TTS11004_02_001-scr
Registration Number: VA 2-273-109
Registration Date: September 30, 2021



# EXHIBIT 2

https://www.rap-up.com/photos/cardi-b-and-offset-covers-rolling-stone/?image=3



https://www.rap-up.com/2018/06/20/cardi-b-offset-share-love-story-in-rolling-stone/?image=6



https://www.rap-up.com/2018/06/20/cardi-b-offset-share-love-story-in-rolling-stone/



https://www.rap-up.com/photos/justin-bieber-covers-billboard/?image=1

https://www.rap-up.com/photos/justin-bieber-covers-billboard/?image=2

https://www.rap-up.com/photos/justin-bieber-covers-billboard/?image=3

https://www.rap-up.com/photos/justin-bieber-covers-billboard/?image=4

https://www.rap-up.com/photos/justin-bieber-covers-billboard/?image=5



https://www.rap-up.com/2011/04/07/nicki-minaj-has-beyonce-rihanna-avril-lavigne-on-her-ipod/

