RANDALL S. FARRIMOND (CSB No. 95281)
E-mail: rfarrimond@farrimondlaw.com
FARRIMOND LAW OFICES
a Professional Corporation
90 New Montgomery Street, Suite 1250
San Francisco, CA 94105
Telephone: (415) 362-4900
Facsimile: (415) 362-4901

Attorneys for Plaintiff
CREATIVE PHOTOGRAPHERS, INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREATIVE PHOTOGRAPHERS, INC.<br><br>                Plaintiff,<br><br>    vs.<br><br>RAP-UP, LLC,<br><br>                Defendant. | Case No.: 2:21-cv-09001-SB-MAA<br><br>**NOTICE OF INTERESTED PARTIES AND DISCLOSURE STATEMENT OF PLAINTIFF CREATIVE PHOTOGRAPHERS, INC.** |

Pursuant to Federal Civil Procedure Rule 7.1 and Civil Local Rule 7.1-1, no publicly held corporation owns ten percent (10%) or more of the stock of plaintiff CREATIVE PHOTOGRAPHERS, INC.  CREATIVE PHOTOGRAPHERS, INC., is also unaware of any person or entity, other than the parties hereto, that may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

1
2   Dated: December 6, 2021                      FARRIMOND LAW OFFICES,
3                                                a Professional Corporation
4
5                                                */s/ Randall S. Farrimond*
6                                                RANDALL S. FARRIMOND
                                                 Attorneys for Plaintiff
7                                                 CREATIVE PHOTOGRAPHERS, INC.

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -
NOTICE OF INTERESTED PARTIES - Case No.: 2:21-cv-09001-SB-MAA