UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Creative Photographers, Inc.<br><br>       Plaintiffs,<br><br>v.<br><br>Rap-Up, LLC,<br><br>       Defendants. | Case No. 2:21-cv-09001-SB-MAA<br><br>**ORDER CONTINUING DEADLINES IN THE CASE MANAGEMENT ORDER**<br><br>Orig. Compl.:        11/16/21<br>Orig. Resp. Pldg.:    1/14/22 |
|---|---|

 Having considered the request to continue the deadlines in the case management order (CMO) and finding good cause to grant a continuance, the Court hereby modifies the CMO by adopting the Proposed Dates (as may have been modified) in the table below.

| Event | Prior Dates | Current Dates | Proposed Dates |
|---|---|---|---|
| **Trial** | 11/14/22 | 11/14/22 | 11/14/22 |
| **Pretrial Conf.** | 11/04/22 | 11/04/22 | 11/04/22 |
| **Motion to Amend Pleadings** | 04/11/22 | 04/11/22 | 04/11/22 |
| **Fact Discovery Cutoff** | 06/10/22 | 06/10/22 | 06/10/22 |
| **Expert Discovery Cutoff** | 06/10/22 | 06/10/22 | 06/10/22 |
| **Discovery Motion Hearing Cutoff** | 06/17/22 | 06/17/22 | **07/22/22** |
| **Non-Discovery Motion Hearing Cutoff** | 06/17/22 | 06/17/22 | **08/19/22** |
| **Settlement Conf. Deadline** | 07/01/22 | 07/01/22 | 07/01/22 |
| **Post-Settle. Conf.** (Report due 3 days before) | 07/15/22 | 07/15/22 | 07/15/22 |
| **Trial Filings (1st Set)** | 10/14/22 | 10/14/22 | 10/14/22 |
| **Trial Filings (2nd Set)** | 10/21/22 | 10/21/22 | 10/21/22 |

Dated: April 25, 2022



Stanley Blumenfeld, Jr.
United States District Judge